UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Steve Cheney                    Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-CR-    ( )( )

21 MAG 4024

Defendant _____Steve Cheney_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

✓   Initial Appearance Before a Judicial Officer

✓   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Steve Cheney_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_____Anna Schneider_____
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

April 15, 2021
_____
Date

_____
**Ona T. Wang**
United States Magistrate Judge