UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 21 - MJ - 4024 |
| - v. - | : | Order |
| STEVEN CHENEY, | : | |
| *Defendant.* | : | |

------------------------------------------------------------x

The Court orders the warden of Essex County Correctional Facility to provide Steven Cheney with a thirty-day supply of all medications he has been prescribed, upon his release from the facility on May 5, 2021.

SO ORDERED.

Dated: New York, NY
May 4, 2021

_____
Hon. Katherine H. Parker
United States Magistrate Judge