UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Steve Cheney

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21-MAG-4024

Defendant __Steve Cheney__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

__[signature]__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Steve Cheney__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Anna Schneider__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__6/4/2021__
Date

__[signature: Sarah Cave]__
U.S. District Judge/U.S. Magistrate Judge