UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

STEVE CHENEY,

                Defendant.

CRIMINAL ACTION NO.: 21 mj. 4024 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for **Wednesday, June 6, 2021 at 4:00 pm** is ADJOURNED SINE DIE.

Dated:     New York, New York
             June 4, 2021

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**