# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No.                                                      Date

    USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

    Complaint            Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on April 14, 2022.

    *U.S. Marshals please withdraw warrant*

                                                                                  ASSISTANT UNITED STATES ATTORNEY
                                                                                 (handwritten or digital signature)

**SO ORDERED:**                                           Matthew Weinberg
                                                (print name if signature handwritten)

DATE: 11/10/2022

                                                            UNITED STATES MAGISTRATE JUDGE